470 A.2d 1019

Commonwealth v. King, Appellant.

Submitted November 7, 1983. Robert Bruce Evanick, Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.

470 A.2d 1020

Commonwealth v. Maier, Appellant.

Petition for Allowance of Appeal
Denied June 22, 1984.

Submitted November 16, 1983. Scott Edwin Lash, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Appeal from the order of the trial court is affirmed.